1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BURCH, | ) 1:05-CV-0930 AWI SMS HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| | ) [Doc. #4] |
| v. | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS |
| D. ADAMS, Warden, et al., | ) [Doc. #1] |
| | ) |
| Respondents. | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 2, 2005, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to forward a blank form for filing a civil rights action and to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On August 12, 2005, Petitioner filed objections to the Findings and Recommendation.

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

2  *novo* review of the case.  Having carefully reviewed the entire file and having considered the

3  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

4  supported by the record and proper analysis, and there is no need to modify the Findings and

5  Recommendations based on the points raised in the objections.   In his objections, Plaintiff contends

6  that the court should either resolve his civil rights claims in this habeas corpus action or demand the

7  Kings County Superior Court issue further rulings regarding Plaintiff's claims.    While the court is

8  not unsympathetic to Plaintiff's frustration about having to file a different action, the court has no

9  ability to hear Plaintiff's civil rights claims in this habeas corpus action.   The remedy available in

10  this court is a federal civil rights action.

11       Accordingly, IT IS HEREBY ORDERED that:

12       1. The Findings and Recommendation issued August 2, 2005, is ADOPTED IN FULL;

13       2. The Petition for Writ of Habeas Corpus is DISMISSED;

14       3. The Clerk of Court is DIRECTED to send Petitioner a blank form for filing a civil rights

15  action; and

16       4. The Clerk of Court is DIRECTED to enter judgment.

17

18  IT IS SO ORDERED.

19  **Dated:     August 22, 2005**          **/s/ Anthony W. Ishii**

    0m8i78                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28